May it please this Court, my name is Roger Green, and I am the attorney for the petitioner, and we're here before this Court because the Board is in error in holding that the Respondent, for one thing, he didn't have a political opinion, and the second thing, the Board held that he didn't have a basically... He had no opposition to the political views and desires of the FMLN. He just disagreed on what were appropriate tactics. They wanted to engage in criminal tactics, and he did not want to engage in violent criminal tactics. Kind of like, well, during the Vietnam War, a lot of people opposed the war and demonstrated peacefully and lawfully, and some people opposed the war and put bombs in the Capitol. They both had the same political opinion, stop the war in Vietnam. They had a tactical disagreement. So persecuting somebody for favoring the different tactics, I don't think, I think that's how the BIA was characterizing this fellow, and that would not be a difference of political opinion. And, Your Honor, I believe that's where the BIA is mistaken. I believe they place an inordinate emphasis on the violent activities, and they fail to take into account, as Elias Zacharias so well holds, the victim's perspective. And I think if we look at the victim's perspective, his refusal to participate with the FMLN is based upon his political motives. And it's the right thing to do. Why? Was there any evidence he disagreed with the FMLN view of how the country ought to be governed? There is. In fact, he states he's against their system. He's against their idealism. Because it was – I mean, to me, this division between tactics and something else doesn't – is somewhat ephemeral. I mean, presumably, people could oppose Stalinism, even though they like communism, because Stalin imposed the tactics that were used, i.e., starving people and so on. That seems – I don't know why that isn't a political opinion, i.e., the way in which you carry out your views. But I have a different concern, which is that the – here, the FMLN, what they wanted him to do was join them, right, and join them in burning tires and so on. And so he may have had a political opinion, but were they persecuting him because of a political opinion or just because he wanted to help them out? Thank you, Your Honor. I believe that because he expressed his refusal – Well, he said no, but he didn't say because I don't like your tactics. Well, Your Honor, he actually – he does state, and this is – in all of this, both the motive of the victim in expressing the view as well as the motive of the persecutor, sort of crystallizes in the third beating. In the administrative record on page 99, he says, They approached me when they beat him, and they told me that I should join them. But since I didn't agree with their political activities, then they started beating me up. That's actually one of the lines that led me to question your analysis. It was the activities rather than the preference. People do different things in order to accomplish the same political objective, and usually when people are trying to accomplish an objective, they have huge tactical disagreements. And that's what – and I don't see why that quote shows otherwise. Is there something better? Well, I would – I would rely on this quote because I believe one of the things it shows is that his main – the focus, I believe one of the factors of focus, is the political – that these are political actors. These are not – and the Board, if I can just diverge briefly, it relies on – and I think inappropriately relies on – Let me give you a hypothesis. Let me get back to the Vietnam War. You can finish your sentence after the question. Thank you, Your Honor, because it's something that I know. Suppose you have a group of people organizing a demonstration against the Vietnam War. The organizers bitterly disagree on whether to enter the local military base. Some say we should enter the local military base because we'll get a whole lot more press for invading the military base. Some say, no, we can make our point entirely legally by marching to the entrance and stopping and holding up our signs. Suppose – this didn't happen in the actual case that I'm thinking of – but just suppose those who wanted to enter the military base beat up the organizers who did not want to enter the military base in order to get rid of them, get them off the organizing board. Would that be persecution for political opinion? Well, it would depend upon the prior history. It would depend upon the viewpoint of the organizers. I just told you what it was. They all want to stop the war in Vietnam. Then I would hold that that is a political opinion because it's – But the reason they're beating – one group is beating up the other group isn't that they disagree on whether to stop the war in Vietnam. It's just that they disagree on whether to commit a crime in the course of their demonstration. But I think the ultimate objective is for a political purpose. So your view is if the subject matter is political, then any violence associated with it is persecution for political opinion. That would be the case, especially so if we focus on if the victim, if the petitioner in this regard, made an outward manifestation, and this is beyond just mere hazardous neutrality. Okay. So could you address my concern then, which is assuming everything you're saying that this could be a political opinion, i.e., because how one accomplishes, and particularly whether one engages in violence, is a central tenet of certain political groups and not of others. But here, what is troubling me is that the recruiter – he may have been refusing because of his political opinion, but the recruiter's only interest, it appears, is whether he joined them or not. In other words, they weren't concerned with his abstract objection to their violence. He was – they were concerned with the fact that he wasn't going to go on the street and help them burn tires. Is there any – if he had said, you know, I really think burning tires is a very good idea, but right now I'm busy doing something else, would anything different have happened? Is there any evidence that anything different would have happened? Well, I would aver that there, if you get in purely semantics of what they've asked. Well, I don't think it's semantic. It has to do with what the motives of the persecutor were. Well, I think I would go so far as to state, based upon his view of the FMLN, if they were to ask him to engage in a food drive, no violence involved in that, he would still reject them as a political group. I understand, but you're looking at it from his point of view. I'm trying to look at it from their point of view. That is, what would – what was their motive in persecuting him? Thank you, Your Honor. Was it his political opposition to them or the fact that he just wouldn't help them? I think – I think if we focus on the third beating, I think we get the final – the motive in full fruition, so to speak. By the first beating, the second beating, they make statements to the extent, we're going to make you an offer you can't refuse. We are going to beat you, and you basically better join us. By the third time, they don't mention – Administrative Record, page 99, doesn't mention anything about recruitment anymore. I see. Okay. Well, that's an interesting point. And they state at this point, we – They're just mad at him because of his past refusals to help them. Yes, Your Honor. And I think that's – it's a shedding. I sort of see it as the motive of the persecutor is finally being manifest, that it's not really the recruitment that they're against, but it's because his refusal to be part of the FMLN. And if I can just go back quickly to the – to the Santos-Limas portion, the gangs are not – it's an opposite. These are spiritual kin of Attila and Alaric in terms of their criminality, their intent. These are – versus the FMLN, which is a political organization. And the immigration judge recognizes the FMLN. The Board of Immigration Appeals recognizes the FMLN as a political organization. As well as – and it's also interesting, the FMLN, when they're asking him to participate, these are not thugs, FMLN members by day, thugs at night. These are FMLNs. This is their whole identity when they're asking him to participate in violence. Well, let me ask you something. If we were to agree with your proposition that the refusal to – the principled opposition to violent tactics by a political group is a political opinion, do we then reverse the whole determination, or do we send it back – say that and send it back to the BIA to consider whether that was a central reason for the activities? Well, Your Honor, I believe that, for example, if past persecution is determined, then I believe it can go back to the immigration judge to especially make findings on the rebuttable presumption. Well, what I'm asking you is, did the BIA get off the ship, so to speak, at an earlier stage, so it – i.e., it didn't consider this to be political opinion at all, so it never really considered whether the – this political opinion was a central reason for his persecution, so we have to give him one more shot at that juncture? Well, Your Honor, in terms of their decision, they did make a parisimova determination that it wasn't a central reason as well. Because – did they? They did. But they didn't – they didn't make further statutory eligibility findings on eligibility for asylum. Okay. You're over your time. Thank you very much. Thank you, Your Honor. I'll give you a minute in rebuttal. Thank you, Your Honor. Counsel. May it please the Court, Kimberly Burge for the Attorney General. The Board of Immigration Appeals properly concluded that the real idea – under the Real ID Act, political opinion was not one central reason for any harm that Mr. Regalado Escobar may have encountered in El Salvador. He did not demonstrate properly an affirmative political opinion, did not demonstrate that anyone imputed a political opinion to him, and nor did he demonstrate that he articulated a neutral political opinion to anyone as well. As far as the affirmative political opinion, he wasn't a member of a political organization, and most importantly, though, he didn't demonstrate that he espoused a political opinion of his own. And so it would be helpful to me to know exactly what you're saying. Are you saying a neutral political opinion is not a political opinion? Are you saying that because he was opposing the violence and not their ultimate aspirations, that wasn't a political opinion? Are you saying he wasn't opposing it at all or he didn't communicate his opposition? What exactly are you saying? I'm saying that a neutral – having a neutral political opinion can be – I mean, it can be a political opinion. So I'm not sure which part of the question you want me to answer. I want you to articulate your position. I don't understand what it is. Is it that he – if his political opinion were, you know, I wouldn't mind the world in which the FLN ran the country in terms of their views about capitalism and so on, but I fundamentally disagree with using violence as a political tactic, is that a political opinion? No. I understood that BIA said that's not a political opinion. Right. The – I believe that the Board properly came to that conclusion that it was not a political opinion. Or actually, their – what they said was that it was not one central reason. Well, that's what I'm trying to find out. What is – is the problem that it wasn't a reason or it wasn't a political opinion or it wasn't an articulated political opinion, so it wasn't the reason that the actions were taken? What did the Board say and what are you saying? I am saying that the Board said that he basically did not articulate the political opinion. All right. Where does the Board say that? I'm not sure if I got that exactly right. I'm sorry, but I believe that – I'll try to go back to what I'm – to try to answer your question, that as far as the violence was concerned and the political opinion is concerned, he didn't demonstrate that the political opinion was the one central reason. And the violence, it could have been – the opposing the violence, it could have been one reason. And him refusing to be recruited by the FMLN, that could have been another reason. But the political opinion itself was not the central reason or a central reason. Some of these other things could have been reasons or even – you know, it's possible that something political could have been a tangential reason, but he didn't come out and espouse his political opinion to the FMLN according to what I've seen in the record. And he didn't show or say that the FMLN said that they opposed him because of his political opinion. He said that he didn't want to be involved in political – in the political and violent activities of the FMLN, but primarily that was distinguished as being more on the violent end. He didn't ever discuss what those political activities were or what the means – Well, he did. He said the political activities were doing demonstrations, violent demonstrations. Right. But those were more rightly clarified as violent activities rather than wholly political activities. Okay. And he said that I don't approve of using violent activities as a way of furthering political positions. Now, is that a political opinion or isn't it? And what did the Board say about it? The Board said that this is primarily a case where the FMLN was trying to recruit the respondent – I'm sorry, the petitioner – to participate in violence and that that, I believe, was not one central reason for why he was targeted. Was there any evidence where he actually said what his political opinion was? Like, I think the FMLN favors some sort of socialism. No, he didn't describe – I'm sorry – he didn't describe what he was actually opposing. So when he says political, he does say that a couple of times. However, that wasn't ever – I understand he said the demonstrations and the burning tires in the street and breaking windows, but he didn't describe their political ideology that he – what he specifically opposed. And he didn't state what his political opinion was and didn't state what – how the FMLN knew what his political opinion was. And I think under those circumstances that the record doesn't compel the conclusion that that political opinion was one central reason. If one assumes that a political opinion has nothing to do with the means that the political party is going to use. But if one assumes that the means have something to do with a political opinion, then I don't know where you are. I think the means could have something to do with the ends in some instances, and possibly in this case. However, it doesn't – Is the distinction between – I'm confused about all this business, but is the distinction between the activity of the persecutors as strict criminal activity and activity of the persecutors as violent activity in support of their political point of view? And is there – is there a distinction there? Because the BIA's decision seems to rely on the fact that the – that the persecutors or that the petitioner didn't establish that it was the – it was his political opinion that was causing him to oppose this activity. But if the activity, that is, the violent activity is core to the political views of the persecuting group, then isn't it one and the same, or is it not? I guess that's where I'm getting kind of confused about all this business. I guess if I'm understanding where you're coming from, the political opinion and views of the persecutor are a little bit separate from the views of the victim, like the political opinion of the victim. Right. And here the victim didn't espouse those political opinions, and so we can't have a – have a political opinion of, you know, where he would have had a political opinion of his own. And as far as the motive of the persecutors, they didn't say necessarily what their motive was, and there has to be some direct or circumstantial evidence of the persecutor's motive being the political opinion of the victim. And I think that's one of the problems. I think – I think we're getting – having a hard time because we haven't really filtered out what political opinions are at issue. I vaguely remember that there was a strain of thought among Mussolini's blackshirts that violence was good for its own sake. And I vaguely remember, and this is from college in mid-60s, that George Sorrell argued for violence for its own sake. So if you said, I don't believe in violence for its own sake, and they beat you up because you don't believe in violence for its own sake, they might be persecuting you for your political opinion. But other political movements have used violence, but their political purpose wasn't violence. It was socialism or nationalism or independence for the United States of America or suppression of the Confederacy or preservation of the Confederacy. And all these things were accompanied by violence, since the political purpose of the organization was not violence for its own sake. You could completely agree with their political opinion while disagreeing with one or another tactic. And so – and I don't actually know much about the FMLN. I don't know if they favor violence for its own sake. I didn't think so. I thought they favored some sort of socialism. But does the country report say? I'm actually going to have to say that I'm not sure about that. Okay. I'm sorry. Your time is up. Is there anything else you want to tell us quickly? No. That'll be all.  Thank you. Just to crystallize. To me, the hole in this problem in this case isn't the political opinion question, but how it was communicated or if it was communicated. On what basis was the BIA compelled to find that it was for that reason that because he held this political view that he disapproved of violence as a means towards political ends that he was persecuted by the FMLN? And you gave one response before, that is, the third beating, what they were no longer trying to recuse. But there is no – is there any assertion in the record that he communicated this to the FMLN people? Yes, Your Honor, actually. There was some somewhat ambiguous statement, as I recall. He refuses on the administrative record during cross-examination. On page 110, they asked me to join them. I said no, and they said they'll settle that later. He also says that just in terms of in the inverse, he was beaten. He testifies that the cause of the beatings were because he refused to go along with their policies. But again, the third beating is when they actually tell him, this is because you will not follow, because you do not – to paraphrase, because you do not agree with us, we're giving you this beating. I think it's interesting to see that there's no criminality just in terms of Parisimova, the central purpose. I think we see – we can isolate what it's not. One of the things that they didn't do to him in the third beating, he testifies he had his watch, he had valuables. They didn't take that. So we don't have to grapple with the issues in the manner of Parisimova. Was it a criminal action? Was it a retaliatory action? We highlight in our brief why he wasn't robbed, just to show what it wasn't. In that manner, the central reason sort of, again, it sort of bubbles forth. I see. All right. Thank you both very much. Thank you, Your Honor. The case of Rigaldo Escobar v. Holder is submitted.
judges: Smith, Kleinfeld, Berzon